GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Carin.duryee@usdoj.gov
Scott.Turk@usdoj.gov
Attorneys for Plaintiff

FILED

2022 MAY -4  PM 6: 33

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00973 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 2423(a)<br>(Transportation of a Minor with Intent to Engage in Criminal Sexual Activity)<br>Count 1 |
| Timothy Mikell Schultheis,<br>aka Jackson Oden, | |
| Defendant. | 18 U.S.C. § 2423(b)<br>(Travel with Intent to Engage in Illicit Sexual Activity)<br>Count 2 |
| | VICTIM CASE |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
<u>TRANSPORTATION OF A MINOR WITH INTENT
TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY</u>

On or about March 20, 2022, in the District of Arizona, the defendant, TIMOTHY MIKELL SCHULTHEIS, aka JACKSON ODEN, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce for the purpose of engaging

in sexual activity for which any person can be charged with a criminal offense, to wit: TIMOTHY MIKELL SCHULTHEIS did knowingly transport Jane Doe, a 12 year-old minor, from the state of Arizona to the state of South Carolina, with intent to engage in sexual activity that would constitute a criminal offense under Title 18, United States Code, Sections 2241(c) and 2246 if the sexual contact occurred in the special maritime and territorial jurisdiction of the Unites States.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO
### TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL ACTIVITY

On or about March 20, 2022, in the District of Arizona, TIMOTHY MIKELL SCHULTHEIS, aka JACKSON ODEN, did travel in interstate commerce from the state of Arizona to the state of South Carolina for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), to wit: sexual contact (as defined in Section 2246) with a person under eighteen years of age that would be a violation of Chapter 109A of Title 18, United States Code, if the sexual contact occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL

/ s /

_____
FOREPERSON OF THE GRAND JURY
Dated: May 4, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ s /

_____
CARIN C. DURYEE
Assistant U.S. Attorney

*United States of America v. Timothy Mikell Schultheis*
Indictment Page 2 of 2