AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
2022 MAR 31 AM 8:41
TUCSON
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Timothy Mikell Schultheis
aka Jackson Oden,

*Defendant*

Case No. 22-04394MJ

CR-22-00973-001-TUC-RM-LCK

## ARREST WARRANT

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

JUN 2 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Timothy Mikell Schultheis aka Jackson Oden

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2423(a).

Date: March 30, 2022

*Issuing officer's signature*

City and state: Tucson, Arizona

Maria S. Aguilera, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/31/22, and the person was arrested on *(date)* 04/06/22
at *(city and state)* Columbia, SC

Date: 06/01/22

Subject arrested by USMS
and initialed on 06/01/22
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA; USMS; PTS